SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

RECEIVED

LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

# IRVING COHEN
### ATTORNEY AT LAW

(212) 964-2544
FAX (212) 732-1339
ICOHENLAW@MSN.COM

233 BROADWAY
SUITE 2701
NEW YORK, N.Y 10279

January 3, 2008

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States of America**
**v. Brandon Brown, 07 CR 956 (LAP)**

Dear Judge Preska:

(1) I represent Brandon Brown, having been duly appointed pursuant to the Criminal Justice Act. I write to request a six week extension to February 18, 2008 from January 7, 2008 for the filing of motions.

The Government and I have discussed a disposition of this case. After conferencing with my client, it appeared likely that a guilty plea would be entered.

Last week, my client was arrested and charged with a robbery in Westchester County based upon an identification. At this point, there has been no indictment. Mr. Brown is in the Westchester County jail unable to post bail.

If no indictment ensues, I would expect that a disposition in this court can still be reached. If an indictment is returned, then it will take some time to assess the situation in light of that new case.

(2) The Government has no objection to this request.

Very truly yours,

IRVING COHEN

cc: Steve Kwok, Esq.
    Assistant U.S. Attorney

---

*Handwritten order:*

In order to permit counsel to prepare motions and to discuss a disposition, time until the filing of motions on February 18, 2008 is excluded from calculation under the Speedy Trial Act.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

January 17, 2008