# IRVING COHEN
ATTORNEY AT LAW

(212) 964-2544
FAX (212) 732-1339
ICOHENLAW@MSN.COM

233 BROADWAY
SUITE 2701
NEW YORK, N.Y. 10279

February 20, 2008

BY FACSIMILE: 212-805-7941
Hon. Loretta A. Preska
United States District Court
Southern District of New YOrk
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/21/08

Re: United States of America
v. Brandon Brown and Sidney Scott
<u>07 CR 956 (LAP)</u>

Dear Judge Preska:

I am CJA Counsel to Brandon Brown. The case is presently calendared for February 21, 2007 for argument on motions. No motions were filed.

On behalf of all parties, I am requesting that this <u>case be re-scheduled for March 24, 2008 at 1:00 PM</u>. Both defendants' counsels are in discussion with the Government concerning a disposition.

The defendants consent to Exclusion of time pursuant to the Speedy Trial Act. *to March 24 is in the interests of justice to permit the parties to continue their discussions.*

Thank you for your courtesy and attention.

Very truly yours,

*Irving Cohen*
IRVING COHEN

**SO ORDERED**
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
*February 20, 2008*

cc: Steve Kwok, Esq.
Assistant U.S. Attorney

Joel Dranove, Esq.
Counsel to Sidney Scott

F:\Irving\0007\BROWN, BRANDON RESCHEDULE DISPOSITION.wpd